UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ORIX FINANCIAL SERVICES, INC. formerly
known as ORIX CREDIT ALLIANCE, INC.,   Case No. 07 Civ 6871

                           Plaintiff,

                                                **AFFIDAVIT OF SERVICE**

    -against-

HOMER WASHINGTON,

                           Defendant.
------------------------------------X

STATE OF NEW YORK  )
                       ) SS:
COUNTY OF NEW YORK )

    Kenza Seghrouchni, being duly sworn, deposes and says:

    That the Deponent is not a party to this action, is over 18 years of age and resides in the County of New York. On August 7, 2007 at 11:00 a.m., Deponent served a copy of the Summons and Complaint, on the Defendant(s) HOMER WASHINGTON by serving a true copy of each upon C-A Credit Corp., a corporation designated by the Defendant as his/her/its agent for service of process in the State of New York by personally delivering such copies to Carol Nicholas, whom is and whom deponent knows to be an officer of C-A Credit Corp. Carol Nicholas is the person who accepted such

service of process for and on behalf of C-A Credit Corp. Ms. Nicholas is female, African-American, approximately 5'2" tall, from 125 to 135 pounds, black hair, and 30 years of age.

Kenza Seghrouchni

Sworn to before me this
7th day of August, 2007

NOTARY PUBLIC

**APRIL HARRIS**
**NOTARY PUBLIC, State of New York**
**No. #01HA6154946**
**Qualified in Kings County**
**Commission Expires October 23, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ORIX FINANCIAL SERVICES, INC. formerly
known as ORIX CREDIT ALLIANCE, INC.,          Case No. 07 Civ 6871

                         Plaintiff,

                                         **ACKNOWLEDGMENT OF**
          -against-                            **SERVICE BY**
                                           **DESIGNATED AGENT**

HOMER WASHINGTON,

                         Defendant.
----------------------------------------X

STATE OF NEW YORK   )
                           )  SS:
COUNTY OF NEW YORK  )

    CAROL NICHOLAS being duly sworn, deposes and says:

    1.   In accordance with the terms of the Conditional Sale Contract Note and/or Promissory Note and/or Lease and/or Guaranty, the Defendant appointed C-A Credit Corp. of New York, as their designated agent for service of process.  I am an Assistant Secretary of C-A Credit Corp.

    2.   I hereby acknowledge that on August 7, 2007, I was served with the Summons and Complaint in the above-captioned action.

                                              _____
                                              CAROL NICHOLAS

Sworn to before me this
7th day of August, 2007

_____
Notary Public

**KENZA SEGHROUCHNI**
**NOTARY PUBLIC, State of New York**
**No. #01SE6154910**
**Qualified in New York County**
**Commission Expires October 23, 2010**

UNITED STATES DICTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ORIX FINANCIAL SERVICES, INC. formerly known
as ORIX CREDIT ALLIANCE, INC.,

                                              Plaintiff,              **AFFIDAVIT OF SERVICE**

          -against-

                                                                    Case No. 07 Civ 6871

HOMER WASHINGTON,

                                             Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                              )   SS:
COUNTY OF NEW YORK )

        KENZA SEGHROUCHNI, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age, and reside at New York, New York.

        On August 8, 2007, on behalf of ORIX Financial Services, Inc., I served the annexed *Summons and Complaint* by regular mail and certified mail, return receipt requested by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

        HOMER WASHINGTON
        Rt 11 PO Box 206
        Clayton, AL 36016

HOMER WASHINGTON
PO Box 334
Clayton, AL 36016

*[signature]*
KENZA SEGHROUCHNI

Sworn to before me this
8th day of August, 2007

*[signature]*
Notary Public

**APRIL HARRIS**
**NOTARY PUBLIC, State of New York**
**No. #01HA6154946**
**Qualified in Kings County**
**Commission Expires October 23, 2010**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
ORIX FINANCIAL SERVICES, INC. formerly known
as ORIX CREDIT ALLIANCE, INC.,                                    Case No. 07 Civ 6871

         Plaintiff,

                   **AFFIDAVIT PURSUANT**
  -against-               **TO CPLR 3215(g)(3)**

HOMER WASHINGTON,

         Defendant.
----------------------------------------------------------------- X

STATE OF NEW YORK )
           ) SS:
COUNTY OF NEW YORK )

  KENZA SEGHROUCHNI, being duly sworn, deposes and says:

  I am not a party to the action, am over 18 years of age, and reside at New York, New York.

  On August 8, 2007, on or after the date of service of the *Summons and Complaint*, I mailed a copy of the *Summons and Complaint* to the defendants listed below by first class mail at their residences in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney or concerns an alleged debt:

        HOMER WASHINGTON
        Rt 11 PO Box 206
        Clayton, AL 36016

HOMER WASHINGTON
PO Box 334
Clayton, AL 36016

KENZA SEGHROUCHNI

Sworn to before me this
8th day of August, 2007

Notary Public

**APRIL HARRIS**
**NOTARY PUBLIC, State of New York**
**No. #01HA6154946**
**Qualified in Kings County**
**Commission Expires October 23, 2010**

2