UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ORIX FINANCIAL SERVICES, INC. formerly
known as ORIX CREDIT ALLIANCE, INC.,      07 Civ. 6871 (WHP)

                              Plaintiff,

                            **DEFAULT JUDGMENT**

                        -against-

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      This action having been commenced on July 31, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Homer Washington, on August 7, 2007 by service on C-A Credit Corp. and by certified and regular mail, in accordance with the contract of the parties, and a proof of service having been filed on August 10, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment against defendant in the amount of $119,170.17 with interest on the principal balance of $79,822.60 at $1/15^{th}$ of 1% per diem from February 18, 2004 for Note 1, plus the amount of $107,275.61 with interest on the principal balance of $71,960.58 at $1/15^{th}$ of 1% per diem from February 18, 2004 for Note 2, amounting to (as of October 24, 2007) $362,443.51 plus costs and

disbursements of this action on the amount of $350.00 amounting in all to $362,793.51.

Dated:   New York, New York
~~October~~ November 14, 2007

*The Clerk of Court is directed to mark this case closed.*

_____
U.S.D.J.

This document was entered on the docket on _____.

2